**Dated: March 04, 2015**
**The following is ORDERED:**

_____
Jennie D. Latta
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

IN RE:

JENARIO ODOM                                                         CASE NO. 14-30231-L

Debtor(s).                                                                        CHAPTER 13
_____

**ORDER MODIFYING DEBTOR'S PLAN TO PROVIDE FOR ONGOING**
**MORTGAGE PAYMENTS AND PAYMENTS FOR MORTGAGE ARREARAGE**
_____

Debtor, having filed Debtor's Motion to Modify Plan to Provide for Ongoing Mortgage Payments and Payments for Mortgage Arrearage, and after proper notice of hearing pursuant to F.R.B.P. 3015(g) and no objection being received thereto, it appears to the Court that Debtor's motion is well taken;

IT IS, THEREFORE ORDERED that the plan be modified to provide for ongoing mortgage payments and payments for mortgage arrearage as follows:

CREDITOR(S) HOLDING SECURED CLAIM(S)

| Creditor | Nature of Claim | Amount |
|---|---|---|
| Account: M141775285<br>FCI Lender Services, Inc.<br>Attn: Bankruptcy Dept<br>P.O. Box 27370<br>Anaheim, CA 92809-0112 | Ongoing Mortgage<br>Begin March 2015 | $430.11 |

**JENARIO ODOM**
**CASE NO. 14-30231-L**
**PAGE TWO**

| | | |
|---|---|---|
| Account:  M141775285 | | |
| FCI Lender Services, Inc. | Mortgage Arrearage | $23,024.59 |
| Attn: Bankruptcy Dept | Feb. 2013-Feb. 2015 | |
| P.O. Box 27370 | | |
| Anaheim, CA 92809-0112 | | |

Arrearage to be paid at 100%, with 0% interest and with monthly payments to be determined by the Chapter 13 Trustee.  The ongoing mortgage payments shall begin effective March 1, 2015 and the Trustee shall adjust plan payments accordingly and issue a new payment order.

.

/s/ DARRELL L. CASTLE , DISC. NO. 6863
HOLLIS W. CRAFT, DISC. NO. 14528
Attorney for the Debtor
4515 Poplar, Suite 510
Memphis, Tennessee  38117
(901) 327-2100

/s/ Sylvia F. Brown
Chapter 13 Trustee

Certificate of Mailing
Mail to the entities listed:
Debtor
Debtor's Attorney
Chapter 13 Trustee

FCI Lender Services, Inc.
P.O. Box 27370
Anaheim, CA 92809-0112